UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case. No.

RAMONA FOBBS,

    Plaintiff,

v.

ALCOHOL, TOBACCO, FIREARM (ATF)
SHERIFF AND WEST PALM BEACH,

    Defendant(s).
_____/

## NOTICE OF REMOVAL

Defendant, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), by and through the undersigned Assistant United States Attorney, files this Notice of Removal pursuant to 28 U.S.C. § 1442(a)(1), and in support thereof, states as follows:

1.    On or about September 16, 2020, *pro se* Plaintiff, Ramona Fobbs filed a Statement of Claim for Replevin against ATF seeking the return of personal property in the county court division of the Fifteenth Judicial Circuit of Florida in Palm Beach, County, Florida, Case No. 50-2020-SC-014701-XXXX-WB (the "State Court Action"). There is no indication from the docket that a summons was ever issued to ATF. (A copy of the docket from the State Court Action is attached hereto as Ex. A.)

2.    According to the Statement of Claim, Plaintiff seeks recovery of personal property from ATF, such as a mobile phone and numerous firearms. See Stmt. of Claim at ¶¶ 2, 5 (A copy of the Statement of Claim from the State Court Action is attached hereto as Ex. B.)  Contrary to Plaintiff's assertion in the Statement of Claim that the items were seized by ATF for "no reason" (see Ex. B., ¶ 5), she attached a copy of both the warrant issued by this Court, and the evidence

log of the items seized.  See *id*.

3. On or about October 9, 2020, the U.S. Attorney's Office for the Southern District of Florida accepted service of a copy of an Order to Show Cause issued by Judge Sherri L. Collins, commanding ATF to appear at a hearing on October 15, 2020 at 11:30 a.m.

4. This matter should be removed from state court to this Court pursuant to 28 U.S.C. § 1442(a)(1) which provides:

> A civil action or criminal prosecution that is commenced in a State court and that is against or directed to any of the following may be removed by them to the district court of the United States for the district and division embracing the place wherein it is pending:
>
> (1) The United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof, in an official or individual capacity, for or relating to any act under color of such office . . .

28 U.S.C. § 1442(a)(1).  As Plaintiff has named ATF, an agency of the United States, the United States Attorney removes this action under 28 U.S.C. § 1442(a)(1).

5. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon ATF in the State Court Action are attached hereto as Composite Exhibit C.

6. In accordance with 28 U.S.C. § 1446(d), ATF has contemporaneously filed a Notice of Filing of Notice of Removal with the County Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida. A copy of ATF's Notice of Filing of Notice of Removal in the State Court Action is attached hereto as Exhibit D.

7. In accordance with 28 U.S.C. § 1446(d), ATF has also given written notice to Plaintiff by contemporaneously serving this Notice of Removal on Plaintiff who is *pro se*.

8. By filing this Notice of Removal, ATF does not waive any of the defenses available under Federal Rule of Civil Procedure 12, including, but not limited to, failure to state a claim, and

insufficiency of service of process.

9. This Notice is signed pursuant to Rule 11, Federal Rules of Civil Procedure.

WHEREFORE, Defendant ATF removes the above-captioned action filed in the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, to the United States District Court for the Southern District of Florida, West Palm Beach Division.

    Respectfully submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

By: */s/ Monica L. Haddad Forbes*
    MONICA L. HADDAD FORBES
    Florida Bar No. 0099426
    Assistant United States Attorney
    Email: monica.forbes@usdoj.gov
    United States Attorney's Office
    500 S. Australian Ave., Suite 400
    West Palm Beach, Florida 33401
    Tel: (561) 209-1004
    Fax: (561) 820-8777

    Attorney for the Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of October, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                               */s/ Monica L. Haddad Forbes*
                                               MONICA L. HADDAD FORBES
                                               Assistant U.S. Attorney

## SERVICE LIST

Ramona Fobbs
264 Kensington Way
Royal Palm Beach, FL 33414
 *Pro se Plaintiff*