UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case. No. 9:20-cv-81899-DMM

RAMONA FOBBS,

    Plaintiff,

v.

ALCOHOL, TOBACCO, FIREARM (ATF)
SHERIFF AND WEST PALM BEACH,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

*Pro se* Plaintiff Ramona Fobbs, and Defendant, Bureau of Alcohol, Tobacco, Firearms and Explosives, hereby stipulate the action be dismissed in its entirety pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own attorney's fees and costs, unless otherwise agreed.

Dated: December 23, 2020

Respectfully submitted,

*/s/ Ramona Fobbs (with permission)*[1]
Ramona Fobbs
264 Kensington Way
Royal Palm Beach, FL 33414

*Pro se Plaintiff*

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

*/s/ Monica L. Haddad Forbes*
MONICA L. HADDAD FORBES
Florida Bar No. 0099426
Assistant United States Attorney
Email: monica.forbes@usdoj.gov
United States Attorney's Office
500 S. Australian Ave., Suite 400
West Palm Beach, Florida 33401
Tel: (561) 209-1004
Fax: (561) 820-8777

*Attorney for the Defendant*

---

[1] This stipulation is filed by and through the undersigned Assistant United States Attorney with the agreement and permission of Ms. Fobbs as confirmed in an email with her on December 23, 2020.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of December, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Monica L. Haddad Forbes*
MONICA L. HADDAD FORBES
Assistant U.S. Attorney

## SERVICE LIST

Ramona Fobbs
264 Kensington Way
Royal Palm Beach, FL 33414
*Pro se Plaintiff*