UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-81899-CV-MIDDLEBROOKS/Brannon

RAMONA FOBBS,

    Plaintiff,

v.

ALCOHOL, TOBACCO, FIREARM (ATF)
SHERIFF AND WEST PALM BEACH,

    Defendant.
_____/

### ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation for Dismissal ("Stipulation") (DE 8), filed on December 23, 2020.  The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss this action.  Accordingly, it is hereby

**ORDERED and ADJUDGED** that

(1) The above-styled action is **DISMISSED**.

(2) The Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT.**

**SIGNED** in Chambers in West Palm Beach, Florida, this 28th day of December, 2020.

Donald M. Middlebrooks
United States District Judge

Copies to:    Counsel of Record